```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

BUILDING SERVICE 32BJ PENSION FUND,

        Plaintiff,

    - against -

PCL UNION LLC, ET AL.,

        Defendants.

23-cv-4467 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The time for defendant PCL Union LLC ("PCL Union") to respond to the complaint is extended to **August 11, 2023**. If PCL Union fails to respond by that date, the plaintiff may move by order to show cause for a default judgment against PCL Union by **September 1, 2023**. If the plaintiff fails to move for a default judgment against PCL Union by that date, the case will be dismissed without prejudice, only as against PCL Union, for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            July 28, 2023

                                            John G. Koeltl
                                      United States District Judge