UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ PENSION FUND,          23-cv-4467 (JGK)

                        Plaintiff,           ORDER

            - against -

PCL Union LLC, ET AL.,

                        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

September 18, 2023.

SO ORDERED.

Dated:     New York, New York
           September 5, 2023

                                    _____
                                         John G. Koeltl
                                    United States District Judge