UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BUILDING SERVICE 32BJ PENSION FUND,
                        Plaintiff(s)

            23 civ 4467 (JGK)

    -against-

PLC UNION LLC,
                        Defendant(s).
------------------------------------------------------------X

## ORDER

    A scheduling order having been entered on September 19, 2023.

    The conference scheduled for Tuesday, October 17, 2023, at 3:00pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 11, 2023